UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | Criminal No. _04 – 10129 – RCL_ |
| | ) | |
| **MARK A. McARDLE, ET AL.,** | ) | |
| **Defendants** | ) | |
| | ) | |

## GOVERNMENT'S MOTION TO
## <u>UNSEAL INDICTMENT</u>

The United States of America hereby moves this Court to direct that the indictment in this case be unsealed. In support of this motion, the government states that defendant Mark A. McArdle has been in custody since his arrest in March on a criminal complaint. Defendant Nicholas Anastasiades has surrendered today to the U.S. Marshals Service and suitable arrangements have been made for defendant Damien Suchma, a resident of Florida, to surrender shortly. Accordingly, there is no longer a need to have the indictment sealed.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _Michael J. Pelgro_
Michael J. Pelgro
Assistant U.S. Attorney

Date: May 4, 2004.

*5/4/04 allowed Judith Gail Dein, USMJ*

*DOCKETED*

DOCKETED

