AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA

v.

NICHOLAS ANASTASIADES

**WARRANT FOR ARREST**

CASE NUMBER: 04-10129-RCL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___NICHOLAS ANASTASIADES___
                                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to distribute marijuana and cocaine and attempted possession of cocaine with intent to distribute

in violation of Title _____ United States Code, Section(s) 846 and 841(a)(1)

_____          Operations Supervisor
Name of Issuing Officer              Title of Issuing Officer

_____          4-22-04    Boston, MA
Signature of Issuing Officer          Date and Location

Bail fixed at $ _____ by _____
                                   Name of Judicial Officer

---

WARRANT EXECUTED BY USMS
RETURN
BY ARREST/ARRAIGNMENT
This warrant was received and executed with the arrest of the above-named defendant at
DEFENDANT ON 5/4/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

### THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: NICHOLAS ANASTASIADES

ALIAS:

LAST KNOWN RESIDENCE: 72 Katherine Road, Watertown, Massachusetts

LAST KNOWN EMPLOYMENT: Federal Express Company

PLACE OF BIRTH: Massachusetts

DATE OF BIRTH (4 digit year): 00-00-1970

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 3638

HEIGHT: 5'10"                    WEIGHT: 170 pounds

SEX: Male                        RACE: Caucasion

HAIR: Black                      EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: DEA-Boston, MA (S/A Patrick Dorsey)