AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

**APPEARANCE**

Case Number: 04-10129

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Nicholas Anastosiades

5/4/04
Date

Signature

James M. Milligan, JR
Print Name
BID. J
80 Washington St.
Address

Norwell    MA    02061
City        State    Zip Code

781-871-7600
Phone Number