UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10129-RCL

UNITED STATES OF AMERICA

V.

NICHOLAS ANASTASIADES

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel for the Defendant, Nicholas Anastasiades, with respect to the above-captioned matter.

RESPECTFULLY SUBMITTED,
Nicholas Anastasiades
by His attorney,

James P. Geraghty
JONES & MILLIGAN
80 Washington Square
Building J
Norwell, MA 02061
(781)871-7600

Date: May 21, 2004

JONES & MILLIGAN
ATTORNEYS AT LAW

80 WASHINGTON SQUARE
BUILDING J
NORWELL, MASSACHUSETTS 02061
(781) 871-7600