UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.: 04-10129 RCL

UNITED STATES OF AMERICA

v.

MARK McARDLE, ET AL.

**JOINT MOTION TO CONTINUE THE STATUS CONFERENCE [Assented]**

Now come the defendants, Damien Suchma, Mark McArdle and Nicholas Anastasiades and move this Honorable Court pursuant to F.R.Crim.P. 45 with the assent of the government, to continue the initial status conference which is presently scheduled for July 19, 2004. The parties suggest August 9th at 11:00AM or August 10th, 2004.

The defendants request this motion because they only received the automatic discovery package on Wednesday, July 15, 2004 and will not have an opportunity to review these materials. In addition, attorney Bassil will be on trial on July 19th, and Attorney Glaser will be out of state.

The government is not prejudiced by this continuance and has assented to the motion. The parties agree that this extension of time should be excluded pursuant to the Speedy trial Act, in the interests of justice.

Respectfully Submitted,
DAMIEN SUCHMA
By his attorney,                                     For the Government

    /S/ Lenore Glaser                              Michael Pelgro /S/ (lmg)
Lenore Glaser, Esq.                                Michael J. Pelgro, Esq.
25 Kingston Street, 6th Floor                      United States Attorney's Office
Boston, MA 02111                                   1 Courthouse Way, Suite 9200
(617) 753-9988                                     Boston, MA 02210
BBO #: 194220                                      617-748-3100

| For NICHOLAS ANASTASIADES | For MARK McARDLE |
|---|---|
| <u>James P. Geraghty /S/ (lmg)</u> | <u>Janice Bassil /S/ (lmg)</u> |
| James P. Geraghty | Janice Bassil |
| Jones & Milligan | Carney & Bassil |
| 80 Washington Square, Building J | 20 Park Plaza, Suite 800 |
| Norwell, MA 02061 | Boston, MA 02116 |
| 781-871-7600 | 617-338-5566 |

Dated: <u>July 16, 2004</u>

**CERTIFICATE OF SERVICE**

I, Lenore Glaser, certify that a true copy of this document was e-filed to Michael Pelgro, Esq., Assistant U.S. Attorney, U.S. District Court, 1 Courthouse Way, Suite 9200, Boston, MA 02210, James Geraghty, Esq. Jones & Milligan, 80 Washington Sq., Norwell, MA 02061 and Janice Bassil, Esq., Carney & Bassil, 20 Park Plaza, Boston, MA 02116 on July 16, 2004.

  /S/ Lenore Glaser

Lenore Glaser, Esq.