UNITED STATES OF AMERCIA
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                              No. 04-10129-RCL

NICHOLAS ANASTASIADES

THIRD MOTION TO AMEND CONDITIONS OF PRE-TRIAL RELEASE

Now comes the defendant, Nicholas Anastasiades and asks this honorable court to amend his conditions of pre-trial release by allowing him to travel out of the New England states.  In support thereof the defendant travel plans would have him leave from Boston, Massachusetts on Friday June 10, 2005 on American Airlines Flight #643 at 8:43 a.m. arriving at O'Hare International Airport in Chicago Illinois at 10:23 a.m. on the same day.  His return flight on American Airlines #2276 would leave Chicago, Illinois on Monday, June 13, 2005 at 11:48 a.m. and arrive in Boston at 3:06 p.m.

In support of this motion, counsel states that Assistant United States Attorney, Michael Pelgro, who is the prosecuting attorney on this case, has assented to this motion as well as the defendant's pre-trial services officer, Basil Cronin. Mr. Cronin has been sent a copy of the defendant's itinerary.

The defendant respectfully asks this honorable court to allow its' motion.

|   |   |
|---|---|
| By: | Respectfully submitted<br>Nicholas Anastasiades |

<u>James P.Geraghty</u>
James P. Geraghty
Jones & Milligan
80 Washington Square
Building J
Norwell, Ma 02061