UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                                                          No. 04-10129-RCL

MARK A. MCARDLE, et al.

### MOTION FOR PRESENTENCE REPORT PRIOR TO CHANGE OF PLEA AND REQUEST TO CONTINUE DATE FOR CHANGE OF PLEA

Now comes the defendant, Nicholas Anastasiades, and requests this Honorable Court to order a presentence report prior to his change of plea. He further requests that his change of plea, currently scheduled for December 8, 2005, be postponed so that this report may be completed first.

The defendant requests an opportunity to be heard on this motion.

Respectfully submitted
By His Attorney

/s/ James P. Geraghty
Jones, Milligan & Geraghty
BBO# 638281
80 Washington Sq, BLDG J
Norwell, MA 02061
781/871-7600