UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                                                                No. 04-10129-RCL

MARK A. MCARDLE, et al.

### ASSENTED TO MOTION TO CONTINUE THE PLEA AND SENTENCING FOR THE DEFENDANT, NICHOLAS ANASTASIADES

Now comes the defendant, Nicholas Anastasiades, and requests this Honorable Court to CONTINUE the Plea and Sentencing scheduled for Tuesday, September 26, 2006 at 2:30 p.m.  In support of said motion counsel states the following:

1. As of today, September 7, 2006, the pre-sentence report has not been completed, therefore counsel has not been able to receive a copy and lodge any potential objections.  Counsel continues to be unable to adequately prepare for the plea and sentencing without this report.

2. Counsel will be out of the country in Ireland Friday, September 15, 2006 through the evening of September 24, 2006.

3. Counsel is scheduled to be on trial in state court on Monday, September 11, 2006 and Tuesday, September 12, 2006.

4. The defendant wished to have certain members of his family make statements at his sentencing and certain of those members are unable to attend due to familial and employment obligations.

Due to the above factors, and the fact that the government has assented to this motion, counsel requests one further date from the court for the plea and sentence in this matter. If the court where to allow said motion, counsel asks for a date in November.

                              Respectfully submitted
                              By His Attorney

/s/ James P. Geraghty
Jones, Milligan & Geraghty
BBO# 638281
80 Washington Sq, BLDG J
Norwell, MA 02061
781/871-7600