UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

---

United States of America

v.                                              Criminal No. 04-10129

Nicholas Anastasiades, et. al
  Defendants.

---

### MOTION TO SEAL THE SENTENCING MEMORANDUM FILED BY NICHOLAS ANASTASIADES

Now comes the defendant and respectfully asks the court to seal the Sentencing Memorandum filed by Nicholas Anastasiades. As grounds therefore, the defendant states the memorandum contains information concerning other parties, that if discovered by those parties may imperil the well being of the defendant. Hence the defendant requests that sentencing memorandum not be scanned into the Pacer or CMECF system. Counsel has this day hand delivered a copy of the Sentencing Memorandum to Nancy Rue, Assistant United States Attorney who is prosecuting this matter, at her office.

Respectfully submitted
Nicholas Anastasiades
By His Attorney
/S/ James P. Geraghty
James P. Geraghty
BBO # 638281

JONES, MILLIGAN &
GERAGHTY
ATTORNEYS AT LAW
A PROFESSIONAL ASSOCIATION
20 WASHINGTON STREET
BUILDING 1
NORWELL, MASSACHUSETTS 02061
(781) 871-7000