UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA


V.                                          NO. 04-10129 RCL


MARK A. MCARLDE


## MOTION TO IMPOUND SENTENCING MEMORANDUM

Now comes the defendant, Mark A. McArdle, and moves to file his sentencing

memorandum under seal, with a copy provided to the government and the Probation

Department.

In support thereof, the defendant states that his sentencing memorandum contains

information that is highly personal and should not be a matter of public record.


MARK A. MCARDLE
By his attorneys:

CARNEY & BASSIL


/s/ Janice Bassil
BBO #033100
20 Park Plaza, Suite 1405
Boston, MA 02116
(617) 338-5566

January 23, 2007

<u>Certificate of Service</u>

I, Janice Bassil, state that I have sent a copy of the within Motion to AUSA Michael Pelgro and Nancy Rue  by electronically filing said motion this 13th day of February, 2007. Signed under the pains and penalties of perjury.

<u>/s/ Janice Bassil</u>