UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

_____

United States of America

v.                                                                                      Criminal No.  04-10129

Nicholas Anastasiades, et. al
    Defendants.

_____

## MOTION TO ALLOW THE DEFENDANT TO APPEAR IN CIVILIAN CLOTHES AT HIS SENTENCING HEARING.

    Now comes the defendant and respectfully asks the court to allow him to appear in civilian clothes at his sentencing hearing.

    Respectfully submitted
Nicholas Anastasiades
By His Attorney

/S/ James P. Geraghty
James P. Geraghty
BBO # 638281