UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

_____

United States of America

v.                                                                            Criminal No.  04-10129

Nicholas Anastasiades, et. al
    Defendants.

_____

## MOTION TO IMPOUND THE SENTENCING MEMORANDUM FILED BY NICHOLAS ANASTASIADES

Now comes the defendant and respectfully asks the court to impound the Sentencing Memorandum filed by Nicholas Anastasiades, and moves to file his sentencing memorandum under seal, with a copy to the government and probation.

In support thereof he states that the sentencing memorandum contains information that is highly personal and should not be made part of the public record in this case.

Respectfully submitted
Nicholas Anastasiades
By His Attorney

/S/ James P. Geraghty
James P. Geraghty
BBO # 638281