March 1, 2007



The Honorable Reginald Lindsay
United States District Court Judge
United States District Court

Dear Sir,

My name is Nicholas Daniel Anastasiades and I am writing to you on my own behalf. I assume that you have read the character letters referring to me by now. I thought I would give you my personal opinion on this situation that I have gotten myself into.

I will start with the fact that I have a rather large family which consists of six brothers and one sister. I am the youngest of the eight siblings and have many nieces and nephews and many grand nieces and nephews too. My mother passed away when I was just ten years old. This upcoming weekend, March 3rd 2007, is my father's one year anniversary mass which I will obviously be excluded from. The fact that I will miss his ceremony is devastating to me and something that will always bother me because I knew in my heart that I was always his favorite. He would never admit it through his words but everyone always knew that I was his "baby" so to speak.

I still reside in Watertown which is where I grew up all of my life. In addition to my Fed-Ex job, I started my own disc jockey business back in 2001 playing weddings and parties. Each year the business was growing stronger with plenty of repeat customers. However, since March of 2004, I have had to be very careful in booking parties and weddings, as I was never sure when this day (January 3rd) would actually come. Obviously, my business has declined significantly because I was not able to schedule an event too far in advance (the way in which you stay busy).

I am privileged to have such a nice family and a great group of friends that have been very supportive through these trying times. I understand that I made a terrible decision a few years ago in trusting a "friend" of mine. Somehow I had a lapse in judgment and let him persuade me into this ridiculous predicament. I realize it was my decision to go along with Tasso and I take full responsibility for my actions. However, as I mentioned in court I never had anything to do with Mark McCardle. I was not a friend or acquaintance of his by any means. Unlike the presentencing report states, I have never spoken to him on the phone. Tasso (the Salon owner as you might know him) would have been the recipient of the phone call discussed. As far as the two "fake" or "sham" packages that the agents sent, I never received any compensation.

I don't know much about our justice system and I never needed to know until now. I do believe that there has to be a better way to treat people. I was in court on January 3rd, 2007 for a nonviolent crime and the next thing I know I was at a maximum security prison. I couldn't believe that I was actually sleeping (or trying to sleep) next to murderers and people who enjoy hurting other humans. I was treated as if I were one of them. I don't know if this is normal procedure, but if it is, it is scary and I would think that there has got to be a better way. It is pretty scary when you are sitting next to people who are talking about shooting people for one reason or another. A few days ago they brought a prisoner in here for a home invasion charge. The people who lived there were home, so he beat them to death with a hammer. He had scratch marks all over his body. I just don't understand how I am in the same unit as this disturbed person. I have never been in trouble with the law and I feel out of place in here being treated like an animal or a murderer.

I was on pretrial release for almost three years and I never had any discrepancies in following their procedures. I can't see how being in jail any longer will ever make me a better or rehabilitated person. I would guess that part of jail is punishment not just the rehabilitation. I feel like I have also been punished. In a split second everything I ever worked for and the people who I care about were gone. If losing everything like that is not punishment or a real life lesson than I don't know what is. I don't believe that many positive things could happen in jail. The longer people are in here the more they become a part of this element that surrounds them. Sometimes, I would guess, not by choice.

One thing that I think is sad and shocking about this place is that I have not met one person who hasn't been in jail before. I can't even comprehend the fact that anyone would do anything to ever risk ending up back here. I think that it must be from becoming a part of this element and have no self control or pride.

I have never felt so helpless, useless, and degraded in my entire life. I feel like I do not even exist, other than a quick phone call or a letter. I enjoy helping other and doing things for my friends and family but I am unable to accomplish much from here.

Most importantly I wish I could help Tina and her son Jack. I think it is sad that Jack has no father figure and now he has to suffer because of a poor choice I made many years ago. I do not enjoy being that person who is missing from his life. Tina is a single mom with a full time job that often requires her to go out of town and work many long hours. I hate that I have made their lives so much more difficult than it already is.

I have embarrassed myself, my family, and my friends with this horrible mistake that I made. It is a decision that I deeply regret and would absolutely never make again. I am respectfully asking for leniency and an opportunity to prove that I am a decent person.

Sincerely,


Nicholas Daniel Anastasiades

*/signature/*



# TAXIARCHAE/ARCHANGELS GREEK ORTHODOX CHURCH
## ΕΛΛΗΝΙΚΗ ΟΡΘΟΛΟΞΟΣ ΕΚΚΛΗΣΙΑ · ΟΙ ΤΑΞΙΑΡΧΑΙ

Metropolis of Boston

March 2006

The Honorable Reginald Lindsay
U.S. District Court Judge
1 Court House Way
Suite 2300
Boston, MA 02210

Your Honor,

I am writing on behalf of Nicholas Anastasiades who is presently being detained at the Plymouth County House of Correction. As his priest for the past ten years, it is my pleasure to offer this letter of recommendation on his behalf.

Nick is a life-long parishioner of our Taxiarchae/Archangels Greek Orthodox Church in Watertown, Massachusetts. As his parish priest for the past decade, I have had the opportunity to come to know Nick and his family very well.

It has been my experience that Nick is a dedicated person, who is responsible and mature in completing the tasks that he assumes. Nick comes from a very loving and supportive Christian family and he and his family are very close to their Church and their Greek Orthodox Faith and traditions. I have the utmost respect and admiration for the entire Anastasiades family. Nick has been a great example to other young people of our parish, and has touched the lives of many through his loving and friendly personality. Nick is a hard and honest worker who has distinguished himself at his place of employment and among his peers. Nick is a trustworthy friend who is willing and ready to offer assistance to anyone in need. I have heard many wonderful testimonials about Nick from his family and friends during these very difficult days in the life of this good family.

My professional career has been spent in the area of Youth Ministry with particular focus on "troubled teens" and young adults. I stand ready to guide, assist, and support Nick in all aspects of his life as he works through this current troubled situation. I am most willing to undertake a structured relationship of a "community service project" of volunteer service here at the Church with Nick with the goal of continuing to build a relationship of trust, counseling, and guidance which will lead to growth and maturation. I have structured many similar individual programs in the past with local courts and probation officers for others in similar situations.

Nick is a strong Christian and productive member of society, and it is our collective goal to assist him in any way possible to return to this active lifestyle of service to family, church, society, and to his friends. I ask that you support this request of a structured community service project at our Church under my supervision, in consideration and anticipation of his sentencing. I am available to discuss this in greater detail at anytime. My office number is 617.924.8182. Thank you for your time and consideration.

Thank you!

Sincerely,

+ Father T[illegible]

Reverend Theodore J. Barbas
Pastor

25 BIGELOW AVENUE · WATERTOWN, MASSACHUSETTS 02472-2041 · TELEPHONE (617) 924-8182 · FAX (617) 924-4124
WEB WWW.GOARCHANGELS.ORG · E-MAIL CHURCH@GOARCHANGELS.ORG