```
 1                STATEMENT OF REASONS (FROM TRANSCRIPT)
 2                      *  *  *  *  *  *  *  *  *  *
 3           THE COURT:  All right.  I think what I have done
 4     here is to have made a substantial reduction in the sentence
 5     that Mr. Anastasiades would have faced by taking into account
 6     what he intended to do and what he did do rather than what was
 7     planned by others.  And having done that, I think that the
 8     resulting sentence, the resulting guideline range is a
 9     reasonable range if I take the guidelines themselves into
10     account, if I take into account the sentencing factors that are
11     set forth in section 3553(a) of Title 18.  So I'm satisfied
12     that appropriate adjustments have been made that will satisfy
13     all of the purposes of sentencing and that I have taken into
14     account all the considerations I should have in determining an
15     appropriate sentence to impose on Mr. Anastasiades.
16                         *  *  *  *  *  *
17           THE COURT:  Okay.  For the record, as I think I
18     already said, this is a guideline sentence with a departure.
19                         *  *  *  *  *  *  *
20
21
22
23
24
25
```

PDF created with pdfFactory trial version www.pdffactory.com